IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ALBERT L. HAMPTON,

        Petitioner,

v.                                    Case No. 5D17-3979

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed March 9, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Albert L. Hampton, Chipley, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 6, 2017 sentence imposed in Case No. 2010-CF-4226-H, in the Circuit Court in and for Seminole County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

COHEN, C.J., EVANDER and EDWARDS, JJ., concur.